IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLIN JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANO GOLD INT'L, INC., et al.,<br><br>Defendants. | Civil Case No. 1:15-cv-00390-LPS |

### DEFENDANT ORGANO GOLD INT'L, INC.'S
### MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 12(f), Defendant Organo Gold Int'l, Inc. ("Organo") hereby moves to dismiss all of Plaintiff Marlin Johnson's claims and to strike the Complaint's class action allegations. In support of this Motion, Organo relies on the accompanying opening brief and exhibit.

Dated:  January 11, 2016

Respectfully submitted,

/s/ Colm F. Connolly
Colm F. Connolly (Del. Bar No. 3151)
Jody C. Barillare (Del. Bar No. 5107)
MORGAN, LEWIS & BOCKIUS LLP
1007 N. Orange St., Ste. 501
Wilmington, DE  19801
Telephone:    302.574.3000
Facsimile:     302.574.3001
cconnolly@morganlewis.com
jbarillare@morganlewis.com

--*and*--

Thomas J. Sullivan (*pro hac vice*)
Zachary M. Johns (*pro hac vice*)

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:   215.963.5000
Facsimile:   215.963.5001
tsullivan@morganlewis.com
zjohns@morganlewis.com

*Attorneys for Defendant*
*Organo Gold Int'l, Inc.*
