## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARLIN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:15-cv-00390-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| ORGANO GOLD INT'L, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Marlin Johnson and defendant Organo Gold International, Inc. hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action is dismissed with prejudice, with each party to bear its own costs.

| JOHN SHEEHAN SPADARO, LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| /s/ John S. Spadaro | /s/ Jody Barillare |
| John S. Spadaro, No. 3155 | Jody Barillare, No. 5107 |
| 724 Yorklyn Road, Suite 375 | 1007 N. Orange St., Ste. 501 |
| Hockessin, DE 19707 | Wilmington, DE 19801 |
| (302)235-7745 | (302)574-7290 |
| | |
| MURPHY & LANDON, P.A. | Thomas J. Sullivan (*pro hac vice*) |
| Phillip T. Edwards, No. 4393 | Zachary M. Johns (*pro hac vice*) |
| 1011 Centre Road, Suite 210 | 1701 Market Street |
| Wilmington, DE 19805 | Philadelphia, PA 19103 |
| (302)472-8100 | (215)963-5000 |
| | |
| Attorneys for Plaintiff Marlin Johnson | Attorneys for Defendant Organic Gold, Int'l, Inc. |

7457